UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJIMAN HOLMES,<br><br>                           Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK; ANTHONY ACOSTA; D.H.S.,<br><br>                         Defendants. | 22-CV-6662 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the May 9, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2023
            New York, New York

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge